

# NUMBER 13-25-00314-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

RONALDO PALACIOS,
ARNOLD PALACIOS, AND
PALACIOS BUILDERS INC.,                                    Appellants,

v.

GERARDO ANTONIO ORDONEZ
AND YOLANDA ORDONEZ,                                       Appellees.

## ON APPEAL FROM THE 430TH DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices Cron and Fonseca**
**Memorandum Opinion by Chief Justice Tijerina**

This matter is before the Court on appellants' unopposed motion to dismiss appeal.

On July 29, 2025, we ordered this case abated pending potential settlement. The

settlement agreement has been finalized, and appellants request the dismissal of the appeal.

Upon review of the unopposed motion, the Court is of the opinion that the unopposed motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, this case is reinstated, the unopposed motion is granted, and the appeal is hereby dismissed. In accordance with the unopposed motion, costs are taxed against the party incurring same. Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained.

JAIME TIJERINA
Chief Justice

Delivered and filed on the
4th day of December, 2025.

2